Case No.: 1:24-mj-00977

✓ ___ FILED  ___ ENTERED
____ LOGGED  _____ RECEIVED

**11:16 am, May 06 2024**

AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Kurt Bendoraitis, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since May 14, 2017. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation of violations of Title 18, United States Code, Sections 1591, 2251, 2252A, and 2422 which criminalize, among other things, underage prostitution, human trafficking, the production, advertisement, possession, receipt, transportation of child pornography, and individuals attempting to persuade, induce, and entice minors to engage in sexual activity. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. Specifically, I have received training in the Online Sexual Exploitation of Children. I have been involved in multiple search warrants, arrests, and have conducted online chatting investigations in an undercover capacity. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2.   The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

## IDENTIFICATION OF THE DEVICES TO BE EXAMINED

3.     This affidavit is submitted in support of an application for the issuance of a search warrant to search the three Apple iPhones collected from 7903 Subet Drive, Windsor Mill, MD, hereinafter the "Devices," currently in the possession of the Federal Bureau of Investigation. The Devices, described further infra, consist of the following:

   a.   Phone One: an Apple iPhone with a black case

   b.   Phone Two: an Apple iPhone box and any enclosed device

   c.   Phone Three: a white Apple iPhone inside a black case

4.     The applied-for warrant would authorize the forensic examination of the Devices for the purpose of identifying electronically stored data particularly described in **Attachment B**.

5.     The Devices are currently in the lawful possession of the Federal Bureau of Investigation.  They came into the FBI's' possession in that they were seized incident to effectuating a federal arrest warrant on Alonzo J. Mayo ("Mayo"). I seek this warrant out of an abundance of caution to be certain that an examination of the Devices will comply with the Fourth Amendment and other applicable laws.

6.     The Devices are currently secured by FBI personnel at FBI Baltimore Division Linthicum Heights Resident Agency located at 801 International Drive, Linthicum Heights, MD, and were seized during the execution of an arrest warrant.  In my training and experience, I know that the Devices have been stored in a manner in which their contents are, to the extent material to this investigation, in substantially the same state as they were when the Devices first came into the possession of the FBI**.**

## STATUTORY AUTHORITY

7.     This investigation concerns alleged violations of Title 18, U.S.C. § 2251(a), § 2252 and § 2252A, relating to material involving the sexual exploitation of minors, and § 2422(b) involving enticement of minors (the "TARGET OFFENSES").

## DEFINITION OF TERMS

8.     The following terms used in this affidavit have the indicated meaning in this affidavit:

a. The term "minor" is defined at 18 U.S.C § 2256(1) as any person under the age of eighteen years.

b. The term "sexually explicit conduct" is defined at 18 U.S.C. § 2256(2)(A) as actual or simulated – (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or anal-oral, whether between person of the same or opposite sex; (ii) beastiality, (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person.

c. A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone.  In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files;  storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.  Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

d. Digital camera:  A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film.  Digital cameras use a variety of fixed and removable storage media to store their recorded images.  Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader.  Removable storage media include various types of flash memory cards or miniature hard drives.  Most digital cameras also include a screen for viewing the stored images.  This storage media can contain any digital data, including data unrelated to photographs or videos.

e. Portable media player:  A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files.  However, a portable media player can also store other digital

3

data. Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can also store any digital data. Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

f.   PDA: A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments or notes) and utilizing computer programs. Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail. PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can store any digital data. Most PDAs run computer software, giving them many of the same capabilities as personal computers. For example, PDA users can work with word-processing documents, spreadsheets, and presentations. PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

g.   GPS: A GPS navigation device uses the Global Positioning System to display its current location. It often contains records the locations where it has been. Some GPS navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

h.   Tablet: A tablet is a mobile computer, typically larger than a phone yet smaller than a notebook, that is primarily operated by touching the screen. Tablets function as wireless communication devices and can be used to access the Internet through cellular networks, 802.11 "wi-fi" networks, or otherwise. Tablets typically contain programs called apps, which, like programs on a personal computer, perform different functions and save data associated with those functions. Apps can, for example, permit accessing the Web, sending and receiving e-mail, and participating in Internet social networks.

i.   IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).

4

Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

j.   Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

## TRAINING AND EXPERIENCE

9.     Based on my training, experience, and research, I am aware that through the use of computers and/or mobile phones and the Internet, people attempting to exploit minors can use various web sites to conduct business, allowing them to remain relatively anonymous.

10.     Based on my training, experience, and research, I am aware that the Internet allows users, while still maintaining anonymity, to easily locate other individuals with similar interests in minors and/or web sites that offer sexually explicit images of minors.

11.     Based on my training, experience, and research, and from consulting the manufacturer's advertisements and product technical specifications available online at Apple.com for the Apple iPhone, I know that Apple iPhones have capabilities that allow them to serve as a wireless telephone, digital camera, portable media player, GPS navigation device, and PDA. In my training and experience, examining data stored on these type of devices can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

## INVESTIGATION

12.     On June 18, 2023, Galesburg Police Department (GPD) was made aware of a missing juvenile, A.W., by her grandmother. Additionally, A.W.'s mother told GPD that there were several alarming Snapchat messages between A.W. and an adult male utilizing Snapchat

5

display name "James Davidson" with username "ajm_410" (hereinafter Ajm_410). The messages between A.W. and Ajm_410 implied that the two had met on multiple occasions and engaged in sexual intercourse. A.W.'s mother provided the files containing the conversation to GPD. The following are excerpts of the messages provided to law enforcement by A.W.'s mother:

**December 21, 2022**

A.W.: Yoo

Ajm_410: Yoo

A.W.: Wyd

Ajm_410: When ya birthday again?

A.W.: January 8th

Ajm_410: Right right

A.W.: Nothing really

Ajm_410: I feel

Ajm_410: Lemme see you

**Conversation continued on December 22, 2022**

A.W.: Yoo

**Conversation continued on December 23, 2022**

Ajm_410: Yoo

Ajm_410: Yoo

A.W.: Yoo

Ajm_410: Wydd

A.W.: Ns chilling wydd

Ajm_410: Samee

Ajm_410: Lemme see you

A.W.: Mb i jus got home

Ajm_410: you good

**Conversation continued on December 24, 2022**

Ajm_410: Yo

A.W.: Yoo

**Conversation continued on December 26, 2022**

A.W.: Heyy

Ajm_410: What upp

Ajm_410: [Replied to A.W.'s story with a drooling emoji]

A.W.: Wydd

Ajm_410: Just woke upp. Finna stroke this dick lmao

A.W.: Ns chilling

A.W.: When u gone come see me again

Ajm_410: idek. hopefully soon. I just don't like coming up there when it's this cold lol

A.W.: Ohh okay

Ajm_410: I miss you fr fr tho

A.W.: I miss you tooo [heart sticker]

A.W.: [weary emoji] [weary emoji]

Ajm_410: I miss that lil pussy creaming on my dick

**[...]**


**December 28, 2022**

Ajm_410: [eye emoji]

A.W.: Yo

Ajm_410: Where my damn pics at

Ajm_410: I miss your face

A.W.: [eyes looking up emoji]

Ajm_410: Been asking for weeks smh

A.W.: [multiple photographs of A.W.]

Ajm_410: You so bad [drooling emoji] [hearts for eyes emoji] [puffing emoji]

Ajm_410: Got my dick hard already

A.W.: [weary emoji]

Ajm_410: I wanna lay back and watch you eat this big dick again

Ajm_410: I still be watching our videos fr [smirking emoji]

A.W.: [weary emoji] [weary emoji]

Ajm_410: Now I'm hard thinking bout that tight lil pussy

Ajm_410: You was creaming all over my dick

**[...]**

**January 18, 2023**

Ajm_410: In the Bahamas rn

A.W.: Ns chilling wydd

Ajm_410: Stroking this dick [weary emoji]

Ajm_410: They so perfect [weary emoji]

Ajm_410: I need to come fuck you again asap

**[...]**

**April 15, 2023**

Ajm_410: I need to fly you out here for a week or sum

A.W.: U do

Ajm_410: I wish

Ajm_410: Your ass needs a guardian to catch a flight [upside down smiling emoji]

A.W.: [Weary emoji]

Ajm_410: I want uyou riding this dick

**[...]**

**April 21, 2023**

A.W.: Heyyyy

Ajm_410: What up

Ajm_410: You at school?

A.W.: Yeah

Ajm_410: Let me come pick you up from school one day [smirking emoji]

A.W.: Bet [weary emoji]

Ajm_410: I still be wathcing our vids lol

Ajm_410: Your pussy so good [weary emoji]

A.W.: [weary emoji] [weary emoji]

Ajm_410: You was creaming all over my dick [weary emoji]

Ajm_410: Come live with me so I can fuck you every night [smirking emoji]

A.W.: Bet [weary emoji]

A.W.:  How I'm gone get there tho?

Ajm_410: Idek

Ajm_410: We'll find a way when the time is right

Ajm_410: I miss you tho

A.W.: Okayy & I miss youu toooo

Ajm_410: Send me selfies today [hearts for eyes emoji]

A.W.: Ok I will when I get hom

Ajm_410: Bettt

A.W.: Hey

Ajm_410: Yoo

A.W.: Wydd

Ajm_410: Finishing up some work

Ajm_410: hbu

A.W.: Nothing just got my nose

A.W.: Pierced

Ajm_410: Let me see

A.W.: [image of A.W.'s face to show her nose]

Snapchat message: "James Davidson saved a snap in chat!

Ajm_410: My lil baby fine asl [drooling emoji]

**[...]**

Ajm_410: Wyd this weeken bae?

A.W.: Nothing

Ajm_410: True. You still cool with those girls I met the first time I came to see you?

A.W.: Yea I'm with rn

Ajm_410: True what y'all doin

A.W.: Nothing chilling

Ajm_410: I feel

Ajm_410: Y'all in the 8th right?

Ajm_410: or 7th?

A.W.: 8th

A.W.: Wait I read that wrong I"m in the 7th I'm finna be in the 8th

Ajm_410: Right right

Ajm_410: you drink?

A.W.: Yea

Ajm_410: I'll bring something for us to sip on next time I visit

**[...]**

**April 24, 2023**

A.W.: When you gone come see meee

Ajm_410: Ima start looking at flights tomorrow [blowing kiss emoji]

A.W.: Bett

Ajm_410: I want you to sneak me in again but I might fuck around and spend the night [smirking emoji]

A.W.: Bett [weary emoji]

 Ajm_410: Mhmmm

Ajm_410: Make you take this dick all night and then we gone fall asleep together [blowing kiss emoji]

**[...]**

**May 4th, 2023**

A.W.: [image of A.W.'s bare brests]

Snapchat message: "James Davidson saved a snap in chat!

Ajm_410: You want Daddy to come suck on em

**[...]**

A.W.: Whenn u gone come see mee I get out of school in 4 days

Ajm_410: I fly in on the 25th [smirking emoji]

A.W.: Bettt that's the same day I get out

Ajm_410: You gone be staying with your grandparents again?

A.W.: I'm probably going to be at Melodies grandmas

Ajm_410: Oh ok

Ajm_410: Damn I wanted to stay the night in that basement lol that would be fun

**[...]**

**May 23, 2023**

Ajm_410: [Video of a black male stroking his erect penis. The male had a mole on between his eyebrows in the middle of his head.]

**[...]**

A.W.: [image of A.W.'s vagina]

**[...]**

**May 29, 2023**

Ajm_410:  Good morningg

A.W.: Good morninggg

Ajm_410:  What time should I come babe?

A.W.: Come at like 10 so u can get here at 12

Ajm_410: It's like 3.5 hours babe lol

Ajm_410:  So I'll leave at like 8:30 and get to you at 12

A.W.: Ok

Ajm_410: Can't wait [blowing kiss emoji]

Ajm_410: You dont have school tomorrow right?

A.W.: Yea I'm on summer break

A.W.: I might stay at my bsfs grandmas I can still sneak u in there tho

A.W.: We gone be in the basement

Ajm_410: Bet bet

Ajm_410: Just lmk

A.W.: Ok

Ajm_410: I can't wait to stroke that lil pussy [drooling emoji]

A.W.: [weary emoji]

Ajm_410: You know which house you gone be at yet?

A.W.: Yea my grandma's

Ajm_410: Ok bet. They gone be sleep by midnight?

A.W.: Yea

Ajm_410: Bet, I'll see you soon baby

A.W.: Okay

Ajm_410: 30 mins away

Ajm_410: You up?

Ajm_410: I'm up the street

**Conversation continued on May 30, 2023**

A.W.: Come to the green basement doors

Ajm_410: Ok I'll be there in like 8 mins

A.W.: Ok

Ajm_410: Coast clear?

Ajm_410: I'm here

A.W.: Yea here I come

Ajm_410: Somebody wathing from upstairs

Ajm_410: Lmao

A.W.: Wya

A.W.: Come to the green basement doors

Ajm_410: I walked up the street, I could see somebody watching me

A.W.: Oh

Ajm_410: Yeah somebody had walked in the front door right before I got there

A.W.: Oh

Ajm_410: Who life all the way upstairs?

Ajm_410: live

A.W.: Idk

A.W.: R u out there?

Ajm_410: Ima come back in a sec

A.W.: oK

Ajm_410:  Be at the door waiting

Ajm_410: I'm finna walk up

A.W.: Ok

Ajm_410: Wya

A.W.: Wya

Ajm_410: I was at the spot we meet at last time

Ajm_410: Where is the basement doors

A.W.: By the white house

Ajm_410: Come to the street

Ajm_410: Idk what you talking bout

A.W.: Wya

Ajm_410: I love you so much [heart emoji]

A.W.: Mb I didn't see u texted me I was asleep

Ajm_410: Lol you good

Ajm_410: Dick put you to sleep [tearing emoji]

A.W.: [Tearing emoji]

Ajm_410: Finally home [tearing emoji]

A.W.: Ohh

A.W.: U should send me them videos

Ajm_410: I got you babe

Ajm_410: [three videos of an adult male having sexual intercourse with A.W.]

Ajm_410: My dumbass fucked up the settings on the camera

14

Ajm_410: So the audio fucked up and it's like in slow motion lol

Ajm_410:  Remind me to send the rest tomorrow

13.     On June 22, 2023, A.W. was interviewed at a Child Advocacy Center. During the interview A.W. stated she talked with Ajm_410 and met the unknown male in person on multiple occasions. During the meetings, the two had sexual intercourse and the unknown male recorded the two having intercourse. The sexual acts happened at A.W.'s grandmothers house in Galesburg, Illinois, in the basement of the home. Following the sexual encounter, Ajm_410 sent the videos of the sex acts to A.W. via Snapchat.

14.     Members of the Galesburg Police Department inspected and photographed the basement of A.W.'s grandmother's home. The basement appeared consistent with the background depicted in the videos sent to A.W. by Ajm_410 and subsequently provided to the police.

15.     A.W. was a minor female born in January of 2010.

16.     On September 19, 2023, Snap Inc provided data for ajm_410 Snapchat account pursuant to a search warrant. The following is a summary of the information provided by Snap Inc:

a.   Original Birthdate: November 2, 1997

b.   Found in the chat communications were the communications above between A.W. and ajm_410 and also the videos of A.W. engaged in sexual activities with ajm_410.

c.   Found in the chat communications were communications with account awilmoth1810 (awilmoth1810). The awilmoth1810 account was previously identified by A.W. as one of A.W.'s Snapchat accounts.

i.   The following is an excerpt from April 24, 2022:

| Sender | Receiver | Text |
|---|---|---|
| jdavidson_97 | awilmoth1810 | I'll be there in 1 hour |
| jdavidson_97 | awilmoth1810 | WYA |
| jdavidson_97 | awilmoth1810 | YOOOO |
| jdavidson_97 | awilmoth1810 | What are you doing |
| awilmoth1810 | jdavidson_97 | 253 N Chambers St |
| jdavidson_97 | awilmoth1810 | Bett |
| jdavidson_97 | awilmoth1810 | I'll be there in 10 mins |
| awilmoth1810 | jdavidson_97 | Ok |
| awilmoth1810 | jdavidson_97 | U here? |
| jdavidson_97 | awilmoth1810 | Almost |
| jdavidson_97 | awilmoth1810 | 2 mins |
| awilmoth1810 | jdavidson_97 | K |
| jdavidson_97 | awilmoth1810 | Waiting for the train to pass |
| awilmoth1810 | jdavidson_97 | K |
| jdavidson_97 | awilmoth1810 | Long ass train |
| awilmoth1810 | jdavidson_97 | Lmao |
| awilmoth1810 | jdavidson_97 | U here? |
| awilmoth1810 | jdavidson_97 | ??? |
| jdavidson_97 | awilmoth1810 | Yeah I'm ousideee |
| awilmoth1810 | jdavidson_97 | K |
| awilmoth1810 | jdavidson_97 | How long is you finna be |
| jdavidson_97 | awilmoth1810 | Idk |
| awilmoth1810 | jdavidson_97 | Ight |
| awilmoth1810 | jdavidson_97 | Be back by 4:00 |
| awilmoth1810 | jdavidson_97 | Ight |
| jdavidson_97 | awilmoth1810 | Ight |
| jdavidson_97 | awilmoth1810 | Ok damn ï¿¼ |
| jdavidson_97 | awilmoth1810 | Ight |
| awilmoth1810 | jdavidson_97 | Lmao |
| awilmoth1810 | jdavidson_97 | Lol |
| awilmoth1810 | jdavidson_97 | Lmao |
| jdavidson_97 | awilmoth1810 | Lolll to do what? |
| awilmoth1810 | jdavidson_97 | Idk |
| awilmoth1810 | jdavidson_97 | Hol up |
| jdavidson_97 | awilmoth1810 | Aight |
| awilmoth1810 | jdavidson_97 | K |
| jdavidson_97 | awilmoth1810 | I'm outside |
| awilmoth1810 | jdavidson_97 | K |

ii.  The following is an excerpt from October 10, 2022  and October 11, 2023:

16

| Sender | Receiver | Text |
|--------|----------|------|
| jdavidson_97 | awilmoth1810 | You for sure can link tonight? |
| awilmoth1810 | jdavidson_97 | Yeah |
| awilmoth1810 | jdavidson_97 | I gotta sneak u in tho |
| jdavidson_97 | awilmoth1810 | Lol |
| jdavidson_97 | awilmoth1810 | Sneak me into your grandmas? |
| awilmoth1810 | jdavidson_97 | Yeah |
| awilmoth1810 | jdavidson_97 | We gone be in the basement so we wont get caught |
| jdavidson_97 | awilmoth1810 | You ever done that before? |
| awilmoth1810 | jdavidson_97 | Yeah |
| awilmoth1810 | jdavidson_97 | Me and melodie sneaks ppl in all the time |
| jdavidson_97 | awilmoth1810 | Fasho. Who else live there? |
| awilmoth1810 | jdavidson_97 | It's just my grandma and my grandpa |
| jdavidson_97 | awilmoth1810 | What time they be sleep? |
| jdavidson_97 | awilmoth1810 | ? |
| jdavidson_97 | awilmoth1810 | If I'm coming I need to know the plan asap |
| awilmoth1810 | jdavidson_97 | My grandma goes to sleep around 8 or 9 and my grandpa goes to sleep around like 10 or 11 |
| jdavidson_97 | awilmoth1810 | So like missing you think? |
| jdavidson_97 | awilmoth1810 | *midnight |
| awilmoth1810 | jdavidson_97 | Yeah |
| jdavidson_97 | awilmoth1810 | Bet. What's your address? |
| awilmoth1810 | jdavidson_97 | 461 east losey |
| jdavidson_97 | awilmoth1810 | Bettt |
| jdavidson_97 | awilmoth1810 | You not on your period right? |
| awilmoth1810 | jdavidson_97 | Mhm |
| jdavidson_97 | awilmoth1810 | Bettt |
| jdavidson_97 | awilmoth1810 | I can't wait to play with that lil pussyðŸ¤¤ |
| jdavidson_97 | awilmoth1810 | You gone have to be quiet while we fucking lol |
| awilmoth1810 | jdavidson_97 | Ik |
| jdavidson_97 | awilmoth1810 | And you finally get to get some head ðŸ˜• |
| awilmoth1810 | jdavidson_97 | ðŸ˜© |
| jdavidson_97 | awilmoth1810 | Have you ever got head before? |
| awilmoth1810 | jdavidson_97 | No |
| jdavidson_97 | awilmoth1810 | Awwwe. Can't wait to make you cum all in my beardðŸ˜• ðŸ¤¤ |
| awilmoth1810 | jdavidson_97 | ðŸ˜© |
| jdavidson_97 | awilmoth1810 | Ima hop on the road in like 15 |
| jdavidson_97 | awilmoth1810 | I should be to you right around midnight |
| awilmoth1810 | jdavidson_97 | Ok |
| jdavidson_97 | awilmoth1810 | Omw |
| awilmoth1810 | jdavidson_97 | K |

17

| awilmoth1810 | jdavidson_97 | How far r uu? |
|---|---|---|
| jdavidson_97 | awilmoth1810 | Like 90 mins |
| jdavidson_97 | awilmoth1810 | Why? |
| awilmoth1810 | jdavidson_97 | Just asking |
| jdavidson_97 | awilmoth1810 | Stopped to get a snack and a red bull |
| jdavidson_97 | awilmoth1810 | Back on the road now |
| awilmoth1810 | jdavidson_97 | Ok |
| awilmoth1810 | jdavidson_97 | When u get here make sure u park down the street |
| awilmoth1810 | jdavidson_97 | And lmk when u outside |
| jdavidson_97 | awilmoth1810 | Yeah |
| jdavidson_97 | awilmoth1810 | 20 mins |
| awilmoth1810 | jdavidson_97 | Igh |
| awilmoth1810 | jdavidson_97 | Wya |
| jdavidson_97 | awilmoth1810 | Parking |
| awilmoth1810 | jdavidson_97 | Igh |
| jdavidson_97 | awilmoth1810 | Give me a sec |
| awilmoth1810 | jdavidson_97 | Ok |
| awilmoth1810 | jdavidson_97 | It's the green house |
| jdavidson_97 | awilmoth1810 | Bet. Where should I come to? |
| jdavidson_97 | awilmoth1810 | Like the front or the back? |
| awilmoth1810 | jdavidson_97 | The slide door |
| awilmoth1810 | jdavidson_97 | Side |
| awilmoth1810 | jdavidson_97 | Wya |
| awilmoth1810 | jdavidson_97 | ?? |
| jdavidson_97 | awilmoth1810 | Just parked. Finna start walking |
| awilmoth1810 | jdavidson_97 | Igh |
| awilmoth1810 | jdavidson_97 | R u here? |
| awilmoth1810 | jdavidson_97 | Bro |
| jdavidson_97 | awilmoth1810 | Relax lol |
| jdavidson_97 | awilmoth1810 | I had to park far |
| awilmoth1810 | jdavidson_97 | Igh |
| jdavidson_97 | awilmoth1810 | 4 mins |
| jdavidson_97 | awilmoth1810 | Everybody sleep? |
| awilmoth1810 | jdavidson_97 | Yeah |
| jdavidson_97 | awilmoth1810 | Betttt |
| jdavidson_97 | awilmoth1810 | Boutta walk up |
| awilmoth1810 | jdavidson_97 | Igh |
| jdavidson_97 | awilmoth1810 | Where's the door? |
| awilmoth1810 | jdavidson_97 | It's by the red car |
| jdavidson_97 | awilmoth1810 | The car by the light? |
| awilmoth1810 | jdavidson_97 | Yes |

18

| awilmoth1810 | jdavidson_97 | I'm at the door |

    d.    Found were other conversations between ajm_410 and other users. Several other users identified themselves as under the age of 18. Ajm_410 engaged in sexual conversations with these users.

    e.    Found in the location data were numerous GPS coordinates going to address 7903 Subet Road, Windsor Mill, MD, and GPS locations showing in the Bahamas on January 16, 2023 through January 18, 2023, GPS location showing in South Bend, IN on May 28, 2023, and GPS location showing in Chicago, IL on May 29, 2023

    f.    Video of an adult male, masturbating, and the male's face can be seen in the video. The male had a mole between his eyebrows. The video was sent by ajm_410 to A.W., along with other users.

    g.    IP address 100.16.117.192 used on May 31, 2023 at 11:33:34 UTC and September 5, 2023 at 3:42:25 UTC

    h.    Numerous logins from an Apple iPhone12,1 and an Apple iPhone10,4

17.    Open source databases were queried for Apple iPhone12,1 and Apple iPhone10,4. The results showed an Apple iPhone12,1 was an Apple iPhone 11 and an Apple iPhone10,4 was an Apple iPhone 8.

18.    Open source and law enforcement databases were searched for potential residents at 7903 Subet Road, Windsor Mill, MD and found was an Alonzo James Mayo with date of birth November 2, 1997. An identification photograph for Mayo was obtained from the Maryland Secretary of State. Mayo had a mole in the same location as ajm_410 and your Affiant viewed both the ID photograph and the video sent from ajm_410 and the two appeared to be the same person.

19.     In September 2023, Bank of America, Southwest Airlines, and American Airlines provided account information for Alonzo Mayo pursuant to Grand Jury Subpoenas. All three had listed telephone number 443-889-8170 as Alonzo Mayo's telephone number.

    a.   American Airlines also provided Mayo's flight information:

        i.   January 15, 2023 at 7:15 From DFW (Dallas/Fort Worth, TX) to MIA (Miami, FL)

        ii.   January 15, 2023 at 12:46 from MIA (Miami, FL) to NAS (Nassau, The Bahamas)

        iii.   January 19, 2023 at 12:44 from NAS (Nassau, The Bahamas) to CLT (Charlotte, NC)

        iv.   January 19, 2023 at 16:50 from CLT (Charlotte, NC) to BWI (Baltimore, MD)

    b.   Southwest also provided Mayo's flight information:

        i.   October 7, 2022 at 8:15AM from BWI (Baltimore, MD) to ORD (Chicago, IL)

20.     On September 26, 2023, T-Mobile responded to an FBI Administrative subpoena and provided the following information for telephone number 443-889-8170:

    a.   Subscriber: Erika Dailey

    b.   Service start time: November 26, 2005

    c.   IMEI 352896111641770 was used from August 2, 2022 through March 17, 2023

    d.   IMEI 352993090471250 was used from March 18, 2023 through September 26, 2023

21.     Open source databases were queried for IMEI 352896111641770 and the queries determined the IMEI was for an Apple iPhone 11.

22.     Open source databases were queried for IMEI 352993090471250 and the queries determined the IMEI was for an Apple iPhone 8.

23.     Agents are unaware of the IMEI for telephone number 443-889-8170 from September 27, 2023 through March 25, 2024.

24.     A review of a publicly viewable Facebook Account with display name Alonzo James T. Mayo showed that account to be friends with an account with display name Erika Dailey. On Dailey's publicly viewable Facebook account, found was a picture of four women and one male matching the description of Alonzo Mayo from November 28, 2021. In the comments of the photograph, Dailey tagged a "Orlando James Mayo" and stated "We made a handsome young Man didn't we".

25.     Found online at "marchfh.com" was an obituary for a Michael Warren Dailey who died on January 4, 2019. The obituary listed Michael Warren Dailey's family as two daughters including Erika S. Dailey and five grandchildren including an Alonzo J.T. Mayo.

26.     On November 8, 2023, Verizon responded pursuant to an FBI administrative subpoena and provided the following subscriber information for IP address 100.16.117.192 used on May 31, 2023 at 11:33:34 UTC and September 5, 2023 at 3:42:25 UTC

    a.   Customer name: Erika Dailey

    b.   Account address: 7903 Subet Road, Windsor Mill, MD

    c.   Daytime telephone number: 443-854-6142

27.     On March 25, 2024, FBI Special Agents located and arrested Alonzo J Mayo pursuant to a federal arrest warrant issued out of the Central District of Illinois. Mayo was located

at 7903 Subet Drive, Windsor Mill, MD. After Mayo was arrested, Mayo was asked if he would like to put more clothes on to be escorted to jail. Mayo stated he did. Erika Dailey was also at the residence and gave consent to allow Agents to conduct a safety sweep of the home. The safety sweep was to ensure no other persons were present and the residence was safe to bring Mayo back into in order to locate his clothing. During the safety sweep, two phones were located:

    a. Phone One: located in Mayo's bedroom on the bed in plain view was an Apple iPhone with a black case.

    b. Phone Two: located in a common area, on top of a bar, in plain view, was a white Apple iPhone box. The box's weight seemed indicative of a phone being contained within the box.

28.    Following the safety sweep Mayo was brought back into the residence, Mayo stated his clothes were in the basement. Agents were unaware the home had a basement, as they did not notice a door to the basement during the initial safety sweep. When Agents went to the basement to obtain clothes for Mayo, a white Apple iPhone inside a black case (Phone Three) was found on top of a bin, in plain view.

29.    Dailey stated Phone Two and Phone Three were not her phones. Dailey stated the only two people living at the residence were Mayo and herself.

30.    On March 7, 2024, a federal search warrant was obtained for prospective cell site location for telephone number 443-889-8170. On March 11, 2024, Agents began receiving cell site data associated with the telephone number 443-889-8170. The location data was then inputted into a mapping software using latitude/longitude coordinates of the cell sites provided by the service provider. Prior to Mayo's arrest, the plotted location contained the address 7903 Subet Road, Windsor Mill, MD. After the arrest, the locations of the phone moved and had the following

22

locations contained in the confidence circle given from the provider: FBI Baltimore Field Office, Baltimore Federal Court House, and then Linthicum Heights, MD. During these times, Agents had the Devices and went to each of the locations.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

31.     Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device.  This information can sometimes be recovered with forensics tools.

32.     Additionally, I know, based on my training and experience that individuals using messaging applications, such as the one in this investigation, frequently use their mobile phones to communicate with others and evidence of such communications is typically stored on the device they used.

33.     *Forensic evidence.*  As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Devices were used, the purpose of their use, who used them, and when.  There is probable cause to believe that this forensic electronic evidence might be on the Devices because:

   a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

   b. Forensic evidence on a device can also indicate who has used or controlled the device.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

   c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

d. The process of identifying the exact electronically stored information on a storage medium that is necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

34.    *Nature of examination.* Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the Devices consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the Devices to human inspection in order to determine whether it is evidence described by the warrant.

35.    *Manner of execution.* Because this warrant seeks only permission to examine the Devices already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## CONCLUSION

36.    Based on the above information, this affiant respectfully submits that probable cause exists to believe that the items described in Attachment B are presently located in the above-described item as set forth in Attachment A and the digital media therein, and that said items constitute evidence and/or contraband of the federal offenses in violation of Title 18,

24

U.S.C. § 2251(a), § 2252 and § 2252A, relating to material involving the sexual exploitation of minors, and § 2422(b) involving enticement of minors or an attempt to commit this violation.

37.     Accordingly, it is respectfully requested that the accompanying search warrant issue authorizing the search of said property and the seizure therefrom of the said evidence of the above violation of federal law and related contraband.

_____

Kurt Bendoraitis, FBI Special Agent


Sworn and subscribed over the telephone, pursuant to Federal Rule of Criminal Procedure 4.1, and signed by me this 17th day of April, 2024.

_____
Erin Aslan, Magistrate Judge
United States District Court

**Attachment A**

**Description of item to be searched**

Three Apple iPhones collected from 7903 Subet Road, Windsor Mill, MD and currently located at FBI Baltimore Division Linthicum Heights Resident Agency located at 801 International Road, Linthicum Heights, MD.



Phone One: an Apple iPhone with a black case



Phone Two: an Apple iPhone box and any enclosed device



Phone Three: a white Apple iPhone inside a black case

This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

**Attachment B**

**Description of items to be seized.**

1.       All records on the Devices described in Attachment A that relate to violations of Title 18, U.S.C. § 2251(a), § 2252 and § 2252A, relating to material involving the sexual exploitation of minors, and § 2422(b) involving enticement of minors and involve Alonzo J. Mayo including:

    a.   Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, e-mail messages, chat logs and electronic messages) pertaining to the enticement of minors.

    b.   Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the use of the phone or by other means for the purpose of enticing minors.

    c.   Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited e-mail messages, chat logs and electronic messages), identifying persons transmitting, through interstate or foreign commerce by any means, any information relating to the enticement of minors.

    d.   Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, e-mail messages, chat logs and electronic messages, and other digital data files) concerning communications between individuals about the enticement of minors or the existence of other web sites or mobile applications used to locate minors for the purpose of enticing the minors into illegal sexual activity.

e.  Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, e-mail messages, chat logs and electronic messages, and other digital data files) concerning membership in online groups, clubs, or services that provide or make accessible minors for the purpose to engage in illegal sexual activity with the minors.

f.  Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, e-mail messages, chat logs and electronic messages, and other digital data files) that concern any accounts with an Internet Service Provider.

g.  Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, e-mail messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited  to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

h.  Any and all visual depictions of minors.

i.  Any and all electronic diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

    j.   Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

    k.   records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

    l.   Any and all records pertaining to Mayo's travel to include but not limited to rental agreements, itineraries, plane tickets, gas receipts.

    m.   Any and all records pertaining to location to include but not limited to GPS information.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

31

If after performing these procedures, the directories, files or storage areas do not reveal evidence of the TARGET OFFENSES or other criminal activity, the further search of that particular directory, file or storage area, shall cease.

With respect to the search of the information provided pursuant to this warrant, law enforcement personnel will make reasonable efforts to use methods and procedures that will locate and expose those categories of files, documents, communications, or other electronically stored information that are identified with particularity in the warrant while minimizing the review of information not within the list of items to be seized as set forth herein, to the extent reasonably practicable. If the government identifies any seized communications that may implicate the attorney-client privilege, law enforcement personnel will discontinue its review and take appropriate steps to segregate all potentially privileged information so as to protect it from substantive review. The investigative team will take no further steps regarding any review of information so segregated absent further order of the court. The investigative team may continue to review any information not segregated as potentially privileged.